# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Roberto Cepeda ,

_____ ,

_____ ,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**v.**

Florida ,

_____ ,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_____ /

**Case No.:** 5:17-cv-266-RH-GRJ
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES ☒ NO

Filed1018*17UsDcFln5PM1240

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Roberto Cepeda

   Address: 8944 Firebird Lane

   City, State, and Zip Code: Youngstown FL 32466

   Telephone: 617 637 8433 *(Home)* 850 - 257 3174*(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____*(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: _State of Florida_

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   □ Sued in Individual Capacity      □ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials (*§ 1983 case*)

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

See Attached

**Factual Allegations, Continued** *(Page ___ of ____)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.    STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

Equal Protection Clause

Voting Rights Act of 1965

## V.    RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

for Florida's voter id law to get

Struck down

## VI.    CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10-18-17 Plaintiff's Signature: _____

Printed Name of Plaintiff: Roberto Cepeda

Address: 8944 Firebird Lane

Youngstown FL 32466

E-Mail Address: robertocepeda84 @ gmail.com

Telephone Number: 617 637 8433

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

On June 25, 2013; under complete secrecy, the United States Supreme Court struck down section 4(b) of the Voting Rights Act of 1965 by a 5-4 vote (*Shelby County v. Holder*). Within 48 hours, nine states (mostly in the South) had Voter ID laws ready to go in their respective state legislatures. Over time, Voter ID laws have expanded to include states such as Texas, North Carolina, and the state of Florida.

During the 2012 Presidential election cycle, I was living in New York City, in the Bronx where I was born and had recently returned to (I spent a majority of my life growing up in Boston, MA). One day in September as I was on my way to work at Best Buy on 14th Street in Manhattan (also known as Union Square) where I worked as a 3rd Party Sales Representative selling mobile broadband, I noticed a big table with volunteers at the Union Square train station registering people to vote. I filled out my information including my Social Security number. On election day, I went to the high school that was across the street from my apartment building, I told them my name and address, was given a ballot, and went into the voting booth. NO ID REQUIRED!!! I REPEAT, NO ID REQUIRED!!! After fiddling around with this giant machine that felt like I was trying to operate a Space Shuttle for about 15 minutes, someone finally helped me out, and I was finally able to cast my vote for President Obama's re-election.

Now, I did not vote in the 2014 midterms because I was bedridden with diverticulitis. It is a life threatening condition that I suffered from November 2013 to April 2015 when I finally had surgery to resection my colon. It almost killed me seven times, so, you know, no big deal. All due to lack of insurance, which is why I had to live in Boston with my mother taking care of me. As a result, I had a Massachusetts ID. I was finally healthy enough to return home to Florida and my now ex-wife in August of that year.

During the 2016 Presidential primary season, I knew I was going to have to get a Florida ID, which required me to get a new social security card, order a copy of my birth certificate (which would take over a month to get to me) as well as a list of documents needed to prove residency. I did not have the resources or the time to get all of that together. THIS SHOULD NOT HAPPEN IN ORDER TO VOTE!!! And, because I KNEW the local polling place would try to DENY me my CONSTITUTIONAL RIGHT to vote. So I looked online at the types of forms that could prove my residency, and I brought a MOUNTAIN of paperwork to the polls with my Massachusetts ID during the Democratic Primary, where I proudly cast my vote for Senator Bernie Sanders. And, because I have been preconditioned to trust absolutely no one, I did the same thing again on the day of the General Election where one of the poll workers tried to DENY ME AGAIN even though one of the other poll workers recognized me (I was the only person of color in line both times) from the primary.

Now I mentioned the other two states at the beginning because there is recent precedent for this. In July of 2016, a federal appeals court struck down North Carolina's voter ID law, holding that it was "passed with racially discriminatory intent " and in April 2017, a federal judge in Houston, TX struck down that state's voter ID law because it systematically targeted black and latino voters. In addition, just before Hurricane Harvey, a federal judge in Corpus Christi struck down TX's state legislature's second attempt to pass the already unconstitutional law. This case MUST be tried in Boston due to my displacement via Hurricane Irma, but mark my words, Florida WILL be the third domino to fall, and I will be the one to push it.